## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**VONZELL JOHNSON, JR.**
**ADC # 91206**                                                                                   **PETITIONER**

**VS.**                                    **5:07CV00137-WRW-BD**

**MARK CASHION, Warden,**
**Delta Regional Unit,**
**Arkansas Department of Correction,** *et al.*                               **RESPONDENTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Respondent's Motion to Dismiss or Alternatively, Motion to Transfer (#13) is DENIED in part and GRANTED in part. Respondent Cashion's Motion to Dismiss is DENIED, and Respondents' Motion to Transfer is GRANTED. The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, Louisiana, 70801.

IT IS SO ORDERED this 12th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE