IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**VONZELL JOHNSON, JR.**                                                              **PETITIONER**
**ADC #91206**

v.                              **5:07-CV-00137-WRW**

**MARK CASHION, Warden,**                                                          **RESPONDENTS**
**Delta Regional Unit,**
**Arkansas Department of Correction,** *et al.*

### ORDER

Pending is Petitioner's Motion for Reconsideration (Doc. No. 21). Plaintiff's Motion is GRANTED and I will reconsider the Order entered on October 12, 2007 (Doc. No. 18).

In his Motion for Reconsideration, Petitioner basically reiterates arguments made earlier in his Objections (Doc. No. 17) to the Recommended Disposition (Doc. No. 15) in connection with Petitioner's First Motion to Dismiss (Doc. No. 13). I find that the law as explained in the Recommended Disposition (Doc. No. 15) is correctly applied, and I uphold the Order entered on October 12, 2007 (Doc. No. 18).

IT IS SO ORDERED this 29th day of October, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE